**Exhibit A**

Transfers by Debtor Structurlam Mass Timber Corporation ("SMTC") and Debtor Structurlam Mass Timber U.S., Inc. ("SMTU") to Defendant Day & Ross Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount (CAD) | Wire / E-Transfer # | Invoice # | Invoice Date | Invoice Amount (CAD) |
|---|---|---|---|---|---|---|---|---|
| SMTC | SMTC | Day & Ross Inc. | 2/9/2023 | $77,717.42 | 50007176 | 15006622006 | 12/8/2022 | $2,697.92 |
| | | | | | 50007176 | 15006622007 | 12/8/2022 | $2,013.67 |
| | | | | | 50007176 | 15006622488 | 12/8/2022 | $5,060.70 |
| | | | | | 50007176 | 15006622489 | 12/8/2022 | $7,429.06 |
| | | | | | 50007176 | 15006622490 | 12/9/2022 | $5,060.70 |
| | | | | | 50007176 | 15006652592 | 12/9/2022 | $1,564.01 |
| | | | | | 50007176 | 15006702691 | 12/20/2022 | $5,060.70 |
| | | | | | 50007176 | 15006713421 | 12/20/2022 | $5,060.70 |
| | | | | | 50007176 | 15006713422 | 12/20/2022 | $5,060.70 |
| | | | | | 50007176 | 15006713423 | 12/20/2022 | $5,060.70 |
| | | | | | 50007176 | 15006713424 | 12/20/2022 | $5,060.70 |
| | | | | | 50007176 | 15006713425 | 12/20/2022 | $5,433.08 |
| | | | | | 50007176 | 15006719438 | 12/20/2022 | $395.55 |
| | | | | | 50007176 | 15006719541 | 12/20/2022 | $5,433.08 |
| | | | | | 50007176 | 15006719542 | 1/6/2023 | $5,060.70 |
| | | | | | 50007176 | 15006719573 | 1/22/2023 | $4,692.04 |
| | | | | | 50007176 | 15006719574 | 1/22/2023 | $1,564.01 |
| | | | | | 50007176 | 15006735148 | 1/22/2023 | $5,433.08 |
| | | | | | 50007176 | 15006939875 | 1/25/2023 | $576.32 |
| SMTC | SMTC | Day & Ross Inc. | 2/17/2023 | $20,966.86 | 50007327 | 15006735150 | 12/20/2022 | $7,396.01 |
| | | | | | 50007327 | 15006735151 | 12/20/2023 | $1,557.05 |
| | | | | | 50007327 | 15006818076 | 1/5/2023 | $1,557.05 |
| | | | | | 50007327 | 15006837006 | 1/6/2023 | $1,786.72 |
| | | | | | 50007327 | 15006837007 | 1/22/2023 | $5,038.18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 50007327 | 15006925616 | 1/25/2023 | $1,553.16 |
| | | | | | 50007327 | 15006925620 | 1/25/2023 | $1,553.16 |
| | | | | | 50007327 | 15007009266 | 2/6/2023 | $525.51 |
| SMTC | SMTC | Day & Ross Inc. | 2/24/2023 | $138,406.44 | 50007380 | 15006735149 | 12/20/2022 | $5,355.31 |
| | | | | | 50007380 | 15006754362 | 12/23/2022 | $4,988.25 |
| | | | | | 50007380 | 15006754363 | 12/23/2022 | $4,988.25 |
| | | | | | 50007380 | 15006754364 | 12/29/2022 | $4,624.87 |
| | | | | | 50007380 | 15006754365 | 12/29/2022 | $4,988.25 |
| | | | | | 50007380 | 15006765835 | 1/5/2023 | $5,355.31 |
| | | | | | 50007380 | 15006765836 | 1/5/2023 | $1,905.01 |
| | | | | | 50007380 | 15006775721 | 1/5/2023 | $5,355.31 |
| | | | | | 50007380 | 15006775752 | 1/10/2023 | $7,322.71 |
| | | | | | 50007380 | 15006785869 | 1/22/2023 | $7,322.71 |
| | | | | | 50007380 | 15006785870 | 1/22/2023 | $7,322.71 |
| | | | | | 50007380 | 15006818074 | 1/22/2023 | $5,424.13 |
| | | | | | 50007380 | 15006818075 | 1/22/2023 | $7,322.71 |
| | | | | | 50007380 | 15006833862 | 1/22/2023 | $5,447.07 |
| | | | | | 50007380 | 15006833863 | 1/22/2023 | $5,355.31 |
| | | | | | 50007380 | 15006837000 | 1/22/2023 | $4,988.25 |
| | | | | | 50007380 | 15006837001 | 1/22/2023 | $5,378.25 |
| | | | | | 50007380 | 15006837002 | 1/22/2023 | $5,722.36 |
| | | | | | 50007380 | 15006837003 | 1/22/2023 | $7,322.71 |
| | | | | | 50007380 | 15006837004 | 1/22/2023 | $7,322.71 |
| | | | | | 50007380 | 15006837005 | 1/22/2023 | $7,322.71 |
| | | | | | 50007380 | 15006837008 | 1/22/2023 | $5,355.31 |
| | | | | | 50007380 | 15006843434 | 1/22/2023 | $5,355.31 |
| | | | | | 50007380 | 15006881248 | 1/22/2023 | $1,846.09 |
| | | | | | 50007380 | 15006925579 | 2/7/2023 | $2,659.30 |
| | | | | | 50007380 | 15007108885 | 2/14/2023 | $550.58 |
| | | | | | 50007380 | 15007120495 | 2/16/2023 | $1,504.92 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SMTU | SMTU | Day & Ross Inc. | 3/3/2023 | $47,084.56 | 10518 | 15006496208 | 11/18/2022 | $6,874.00 |
| | | | | | 10518 | 15006506951 | 11/28/2022 | $2,868.69 |
| | | | | | 10518 | 15006622491 | 12/9/2022 | $7,001.80 |
| | | | | | 10518 | 15006641011 | 12/21/2022 | $995.00 |
| | | | | | 10518 | 15006745298 | 12/20/2022 | $6,883.53 |
| | | | | | 10518 | 15006837009 | 1/25/2023 | $744.60 |
| | | | | | 10518 | 15006843435 | 1/11/2023 | $6,883.69 |
| | | | | | 10518 | 15006891847 | 1/13/2023 | $7,010.41 |
| | | | | | 10518 | 15007000318 | 1/30/2023 | $7,090.57 |
| | | | | | 10518 | 15007014018 | 2/13/2023 | $732.27 |
| SMTC | SMTC | Day & Ross Inc. | 3/10/2023 | $144,515.28 | 50007438 | 15006862778 | 1/10/2023 | $5,283.55 |
| | | | | | 50007438 | 15006862780 | 1/10/2023 | $4,921.42 |
| | | | | | 50007438 | 15006891845 | 1/22/2023 | $5,283.55 |
| | | | | | 50007438 | 15006891846 | 1/22/2023 | $5,758.85 |
| | | | | | 50007438 | 15006917732 | 1/25/2023 | $5,600.42 |
| | | | | | 50007438 | 15006925578 | 1/25/2023 | $2,357.50 |
| | | | | | 50007438 | 15006925613 | 1/31/2023 | $5,283.55 |
| | | | | | 50007438 | 15006925614 | 1/25/2023 | $5,283.55 |
| | | | | | 50007438 | 15006925615 | 1/31/2023 | $5,283.55 |
| | | | | | 50007438 | 15006925617 | 1/25/2023 | $4,921.42 |
| | | | | | 50007438 | 15006925618 | 1/25/2023 | $4,921.42 |
| | | | | | 50007438 | 15006925619 | 1/25/2023 | $2,357.50 |
| | | | | | 50007438 | 15006956811 | 1/30/2023 | $7,224.60 |
| | | | | | 50007438 | 15006956812 | 1/25/2023 | $7,224.60 |
| | | | | | 50007438 | 15006956813 | 1/30/2023 | $5,102.48 |
| | | | | | 50007438 | 15006965692 | 1/20/2023 | $7,224.60 |
| | | | | | 50007438 | 15006965693 | 1/30/2023 | $4,921.42 |
| | | | | | 50007438 | 15006973718 | 1/30/2023 | $5,283.55 |
| | | | | | 50007438 | 15006973719 | 1/25/2023 | $5,283.55 |
| | | | | | 50007438 | 15006973720 | 1/30/2023 | $4,921.42 |
| | | | | | 50007438 | 15006973721 | 1/25/2023 | $4,921.42 |
| | | | | | 50007438 | 15006973722 | 1/25/2023 | $4,369.88 |
| | | | | | 50007438 | 15006973723 | 1/31/2023 | $5,283.55 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 50007438 | 15006973724 | 1/26/2023 | $2,965.89 |
| | | | | | 50007438 | 15007000280 | 2/9/2023 | $4,921.42 |
| | | | | | 50007438 | 15007009264 | 2/6/2023 | $5,283.55 |
| | | | | | 50007438 | 15007009265 | 1/31/2023 | $5,102.48 |
| | | | | | 50007438 | 15007049921 | 2/6/2023 | $7,224.60 |
| SMTC | SMTC | Day & Ross Inc. | 3/17/2023 | $105,775.81 | 50007463 | 15006917733 | 1/31/2023 | $728.12 |
| | | | | | 50007463 | 15007049922 | 2/6/2023 | $7,263.00 |
| | | | | | 50007463 | 15007049923 | 2/9/2023 | $5,311.64 |
| | | | | | 50007463 | 15007049951 | 2/16/2023 | $5,175.11 |
| | | | | | 50007463 | 15007049953 | 2/6/2023 | $862.82 |
| | | | | | 50007463 | 15007060648 | 2/6/2023 | $7,263.00 |
| | | | | | 50007463 | 15007060649 | 2/6/2023 | $7,263.00 |
| | | | | | 50007463 | 15007060650 | 2/6/2023 | $7,263.00 |
| | | | | | 50007463 | 15007077628 | 2/8/2023 | $5,311.64 |
| | | | | | 50007463 | 15007077658 | 2/9/2023 | $4,947.58 |
| | | | | | 50007463 | 15007077661 | 2/8/2023 | $2,408.26 |
| | | | | | 50007463 | 15007077662 | 2/9/2023 | $4,947.58 |
| | | | | | 50007463 | 15007097876 | 2/13/2023 | $5,311.64 |
| | | | | | 50007463 | 15007108884 | 2/13/2023 | $7,263.00 |
| | | | | | 50007463 | 15007120494 | 2/15/2023 | $7,263.00 |
| | | | | | 50007463 | 15007133585 | 2/15/2023 | $2,408.26 |
| | | | | | 50007463 | 15007141958 | 2/16/2023 | $5,311.64 |
| | | | | | 50007463 | 15007155720 | 2/17/2023 | $7,263.00 |
| | | | | | 50007463 | 15007155721 | 2/17/2023 | $7,263.00 |
| | | | | | 50007463 | 15007155722 | 2/17/2023 | $4,947.58 |
| SMTC | SMTC | Day & Ross Inc. | 3/17/2023 | $16,422.97 | 50007472 | 15007049952 | 2/6/2023 | $516.06 |
| | | | | | 50007472 | 15007060651 | 2/6/2023 | $1,529.05 |
| | | | | | 50007472 | 15007077659 | 2/8/2023 | $944.19 |
| | | | | | 50007472 | 15007077660 | 2/8/2023 | $2,901.38 |
| | | | | | 50007472 | 15007141959 | 2/16/2023 | $998.66 |
| | | | | | 50007472 | 15007141960 | 2/16/2023 | $688.07 |
| | | | | | 50007472 | 15007180424 | 2/22/2023 | $2,370.03 |
| | | | | | 50007472 | 15007210214 | 2/28/2023 | $2,652.91 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 50007472 | 15007217520 | 2/28/2023 | $1,452.60 |
| | | | | | 50007472 | 15007256459 | 3/3/2023 | $2,370.03 |
| SMTC | SMTC | Day & Ross Inc. | 4/20/2023 | $34,129.48 | 50007684 | 15006862779 | 3/21/2023 | $74.24 |
| | | | | | 50007684 | 15007163303 | 2/21/2023 | $7,405.90 |
| | | | | | 50007684 | 15007190781 | 2/28/2023 | $7,405.90 |
| | | | | | 50007684 | 15007210213 | 3/13/2023 | $7,405.90 |
| | | | | | 50007684 | 15007217519 | 2/28/2023 | $7,405.90 |
| | | | | | 50007684 | 15006862779 | 3/21/2023 | $4,431.64 |
| | | **Total Transfers** | | | | | | **$585,018.82 (CAD)** |