# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRUCTURLAM MASS TIMBER U.S., INC. *et al.*,[1] | ) ) | Case No. 23-10497 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ) ) ) | |
| | ) | Adversary Case No. 25-50531 (CTG) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMAND INDUSTRIES INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Adversary Case No. 25-50533 (CTG) |
| | ) | |
| v. | ) | |
| | ) | |
| DAY & ROSS INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

          Plaintiff,

v.

DESIMONE CONSULTING CANADA
LTD. F/K/A DOWCO CONSULTANTS
LTD.,

          Defendant.

Adversary Case No. 25-50534 (CTG)

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

          Plaintiff,

v.

THE HEAVY TIMBER GROUP, INC.,

          Defendant.

Adversary Case No. 25-50535 (CTG)

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

          Plaintiff,

v.

HEXION INC. AND HEXION CANADA
INC,

          Defendants.

Adversary Case No. 25-50536 (CTG)

17462767/1

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

          Plaintiff,

v.

MONASHEE MANUFACTURING
CORPORATION LTD.,

          Defendant.

Adversary Case No. 25-50537 (CTG)

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

          Plaintiff,

v.

PACIFIC BOLT MANUFACTURING
LTD.,

          Defendant.

Adversary Case No. 25-50538 (CTG)

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

          Plaintiff,

v.

WEST FRASER, INC.,

          Defendant.

Adversary Case No. 25-50539 (CTG)

3

17462767/1

|  |  |
|---|---|
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>     Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>     Defendant. | Adversary Case No. 25-50541 (CTG) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>     Plaintiff,<br><br>v.<br><br>JC LEWIS CONSTRUCTION,<br><br>     Defendant. | Adversary Case No. 25-50553 (CTG) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>     Plaintiff,<br><br>v.<br><br>LEVEL 10 CONSTRUCTION, LP,<br><br>     Defendant. | Adversary Case No. 25-50554 (CTG) |

4

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

        Plaintiff,

v.

INTERSTATE DRYWALL
CORPORATION,

        Defendant.

Adversary Case No. 25-50555 (CTG)

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

        Plaintiff,

v.

BUHLER COMMERCIAL
CONSTRUCTION,

        Defendant.

Adversary Case No. 25-50556 (CTG)

HEATHER L. BARLOW AS
LIQUIDATING TRUSTEE OF THE
STRUCTURLAM LIQUIDATING TRUST,

        Plaintiff,

v.

CON-REAL CONSTRUCTION and
REAL ESTATE SERVICES,

        Defendants.

Adversary Case No. 25-50557 (CTG)

17462767/1

| | |
|---|---|
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ERLAND CONSTRUCTION, INC.,<br><br>Defendant. | Adversary Case No. 25-50558 (CTG) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>J.E. DUNN CONSTRUCTION COMPANY,<br><br>Defendant. | Adversary Case No. 25-50559 (CTG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 6, 2025, AT 2:00 P.M. (E.T.)**

**This proceeding will be conducted remotely via Zoom.**

**Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Court's website.**

17462767/1

**MATTERS NOT GOING FORWARD**

**COMMAND INDUSTRIES INC. – ADVERSARY CASE NO. 25-50531 (CTG)**

1.  Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

    Answer Deadline: May 17, 2025; extended by agreement of the parties to July 16, 2025.

    Responses Received:

    Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25);

    B.  Stipulation for Extension of Time to Respond to the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 4, filed 5/15/25);

    C.  Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 5, filed 6/10/25);

    D.  Order Approving Stipulation Further Extending Response Deadline (A.D.I. 6, entered 6/11/25);

    E.  Notice of Rescheduled Pretrial Conference (A.D.I. 7, filed 6/16/25);

    F.  Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 12, filed 7/11/25); and

    G.  Order Approving Stipulation Further Extending Response Deadline (A.D.I. 14, entered 7/14/25).

    Status:  A settlement agreement has been reached between the parties and this matter is not going forward as a pretrial conference.

2.  Liquidating Trustee's Motion for Order Approving Settlement Agreement with Command Industries Inc. (A.D.I. 13, filed 7/14/25).

    Objection Deadline: July 28, 2025, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

17462767/1

    A.  Certificate of No Objection Regarding Liquidating Trustee's Motion for Order Approving Settlement Agreement with Command Industries Inc. (A.D.I. 16, filed 7/30/25); and

    B.  Order Granting the Liquidating Trustee's Motion for Order Approving Settlement Agreement with Command Industries Inc. (A.D.I. 18, entered 7/31/25).

Status:  An order has been entered.  This matter is resolved.

3.    Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 15, filed 7/14/25).

Answer Deadline: July 28, 2025.

Responses Received: None.

Related Documents:

    A.  Certificate of No Objection Regarding Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 17, filed 7/30/25); and

    B.  Order Extending Time to Effect Service of the Complaint (A.D.I. 19, entered 7/31/25).

Status:  An order has been entered.  This matter is resolved.

## DAY & ROSS INC – ADVERSARY CASE NO. 25-50533 (CTG)

4.    Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to August 4, 2025.

Responses Received:

Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25);

    B.  Stipulation for Extension of Time to Respond to the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 4, filed 5/14/25);

    C.  Notice of Rescheduled Pretrial Conference (A.D.I. 5, filed 6/16/25); and

    D.  Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 10, filed 6/16/25);

    E.  Order Approving Stipulation Further Extending Response Deadline (A.D.I. 11, entered 6/17/25);

    F.  Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 12, filed 7/14/25);

    G.  Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 13, filed 7/15/25);

    H.  Order Approving Stipulation Further Extending Response Deadline (A.D.I. 14, entered 7/15/25);

    I.  Certification of Counsel Regarding Entry of Scheduling Order (A.D.I. 16, filed 7/31/25); and

    J.  Scheduling Order (A.D.I. 18, entered 7/31/25).

Status:  A scheduling order has been entered.  No pretrial conference is necessary.

5.    Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 12, filed 7/14/25).

Objection Deadline: July 28, 2025.

Responses Received: None.

Related Documents:

    A.  Certificate of No Objection Regarding Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 15, filed 7/30/25); and

    B.  Order Extending Time to Effect Service of the Complaint (A.D.I. 17, entered 7/31/25).

Status:  An order has been entered.  This matter is not going forward.

## DESIMONE CONSULTING CANADA LTD. – ADVERSARY CASE NO. – 25-50534 (CTG)

6.    Amended Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 4, filed 4/21/25).

Answer Deadline: May 21, 2025; extended by agreement of the parties to June 16, 2025.

17462767/1

Responses Received:

Related Documents:

    A.  Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

    B.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25);

    C.  Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 5, filed 4/21/25);

    D.  Stipulation for Extension of Time to Respond to the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 6, filed 5/13/25);

    E.  Notice of Rescheduled Pretrial Conference (A.D.I. 7, filed 6/16/25);

    F.  Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 12, filed 6/16/25);

    G.  Order Approving Stipulation Further Extending Response Deadline (A.D.I. 13, entered 6/17/25); and

    H.  Notice of Voluntary Dismissal (A.D.I. 14, filed 7/14/25).

Status:  This matter is closed.

## THE HEAVY TIMBER GROUP, INC. – ADVERSARY CASE NO. 25-50535 (CTG)

7.    Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to June 16, 2025.

Responses Received:

Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25);

    B.   Stipulation for Extension of Time to Respond to the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 4, filed 5/20/25);

    C.   Notice of Rescheduled Pretrial Conference (A.D.I. 5, filed 6/16/25);

    D.   Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 7, filed 6/16/25);

    E.   Order Approving Stipulation Further Extending Response Deadline (A.D.I. 8, entered 6/17/25); and

    F.   Notice of Voluntary Dismissal (A.D.I. 9, filed 7/28/25).

Status:  This matter is closed.

## HEXION INC. AND HEXION CANADA INC. – ADVERSARY CASE NO. 25-50536 (CTG)

8.    Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to June 16, 2025.

Responses Received:

Related Documents:

    A.   Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25);

    B.   Stipulation for Extension of Time to Respond to the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 7, filed 5/14/25);

    C.   Notice of Rescheduled Pretrial Conference (A.D.I. 9, filed 6/16/25);

    D.   Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 11, filed 6/16/25);

    E.   Order Approving Stipulation Further Extending Response Deadline (A.D.I. 12, entered 6/17/25);

    F.   Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 13, filed 7/14/25); and

    G.   Notice of Voluntary Dismissal (A.D.I. 14, filed 7/29/25).

Status:  This matter is closed.

**MONASHEE MANUFACTURING – ADVERSARY CASE NO. 25-50537 (CTG)**

9.    Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to June 16, 2025.

Responses Received:

    A.    Defendant Monashee Manufacturing Corporation Ltd.'s Answer and Affirmative Defenses (A.D.I. 6, filed 6/16/25).

Related Documents:

    A.    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25);

    B.    Stipulation for Extension of Time to Respond to the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 4, filed 5/19/25);

    C.    Notice of Rescheduled Pretrial Conference (A.D.I. 5, filed 6/16/25);

    D.    Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 8, filed 7/14/25);

    E.    Certification of Counsel Regarding Entry of Scheduling Order (A.D.I. 10, filed 7/31/25); and

    F.    Scheduling Order (A.D.I. 12, entered 7/31/25).

Status:  A scheduling order has been entered.  No pretrial conference is necessary.

10.    Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 8, filed 7/14/25).

Objection Deadline: July 28, 2025.

Responses Received: None.

Related Documents:

17462767/1

    A.  Certificate of No Objection Regarding Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 9, filed 7/30/25); and

    B.  Order Extending Time to Effect Service of the Complaint (A.D.I. 11, entered 7/31/25).

Status:  An order has been entered.  This matter is not going forward.

## PACIFIC BOLT MANUFACTURING LTD. – ADVERSARY CASE NO. 25-50538 (CTG)

11.    Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025.

Responses Received:

Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25); and

    B.  Notice of Rescheduled Pretrial Conference (A.D.I. 4, filed 6/16/25);

    C.  Liquidating Trustee's Motion for an Order Extending Time to Effect Service of the Complaint (A.D.I. 6, filed 7/14/25); and

    D.  Notice of Voluntary Dismissal (A.D.I. 7, filed 7/28/25).

Status:  This matter is closed.

## WEST FRASER, INC. – ADVERSARY CASE NO. 25-50539 (CTG)

12.    Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to June 16, 2025.

Responses Received:

Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 2, filed 4/17/25); and

    B.  Notice of Rescheduled Pretrial Conference (A.D.I. 4, filed 6/16/25);

13

    C.    Certification of Counsel Regarding Stipulation Further Extending Response Deadline (A.D.I. 6, filed 6/16/25);

    D.    Order Approving Stipulation Further Extending Response Deadline (A.D.I. 7, entered 6/17/25); and

    E.    Notice of Voluntary Dismissal (A.D.I. 8, filed 6/24/25).

Status:  This matter is closed.

## JC LEWIS CONSTRUCTION – ADVERSARY CASE NO. 25-50553 (CTG)

13.    Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 23, 2025.

Responses Received:

Related Documents:

    A.    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25); and

    B.    Motion to Extend Time Limit for Service of the Summons and Complaint (A.D.I. 6, filed 7/16/25).

Status:  This matter is not going forward.  Plaintiff will be filing a certificate of no objection requesting that the Court grant its Motion to Extend the Time Limit for Service of the Summons and Complaint (A.D.I. 6).

## INTERSTATE DRYWALL CORPORATION – ADVERSARY CASE NO. 25-50555 (CTG)

14.    Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 23, 2025; extended by agreement of the parties to August 4, 2025.

Responses Received:

Related Documents:

    A.    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25);

    B.    Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 5, filed 5/23/25);

14

  C. Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 6, filed 6/6/25);

  D. Certification of Counsel Regarding Third Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 8, filed 6/20/25);

  E. Order Approving Third Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 9, entered 6/23/25);

  F. Certification of Counsel Regarding Fourth Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 10, filed 7/7/25);

  G. Order Approving Fourth Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 11, entered 7/8/25);

  H. Certification of Counsel Regarding Fifth Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 12, filed 7/21/25); and

  I. Order Approving Fifth Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 13, entered 7/22/25).

Status:  This matter is not going forward.  The parties have reached a settlement agreement resolving this case.

## BUHLER COMMERCIAL CONSTRUCTION – ADVERSARY CASE NO. 25-50556 (CTG)

15. Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 23, 2025; extended by agreement of the parties to July 21, 2025.

Responses Received:

Related Documents:

  A. Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25);

  B. Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 6, filed 5/22/25);

  C. Certification of Counsel Regarding Second Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 8, filed 6/20/25);

  D. Order Approving Second Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 9, entered 6/23/25);

E.  Certification of Counsel Regarding Third Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 10, filed 7/7/25); and

F.  Order Approving Third Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 11, entered 7/8/25).

Status:  This matter is not going forward.  The parties intend to file a settlement agreement resolving this case.

## CON-REAL CONSTRUCTION AND REAL ESTATE SERVICES – ADVERSARY CASE NO. 25-50557 (CTG)

16.  Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 23, 2025.

Responses Received:

Related Documents:

A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25);

B.  Request for Entry of Default (A.D.I. 6, filed 7/3/25);

C.  Clerk's Entry of Default Against Defendant Con-Real Construction and Real Estate Services (A.D.I. 7, entered 7/7/25);

D.  Request for Entry of Default (A.D.I. 9, filed 7/10/25); and

E.  Default Judgment Against Con-Real Construction and Real Estate Services (A.D.I. 10, entered 7/10/25).

Status:  This matter is not going forward.  A default judgment has been entered.  The parties have reached a mutually agreeable settlement agreement and will be filing a request to open and vacate the judgment.

## WALMART INC. – ADVERSARY CASE NO. 25-50541 (CTG)

17.  Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to June 30, 2025.

Responses Received:

    A.  Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 16, filed 6/30/25);

    B.  [SEALED] Memorandum of Law in Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 17, filed 6/30/25); and

    C.  [SEALED] Answer to Complaint (A.D.I. 18, filed 6/30/25);

Related Documents:

    A.  [SEALED] Complaint and Objection to Proofs of Claim Number 204 and 209 Filed by Walmart Inc. (A.D.I. 3, filed 4/17/25);

    B.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 4, filed 4/17/25);

    C.  Notice of Rescheduled Hearing Date (A.D.I. 9, filed 6/6/25);

    D.  Order Approving Stipulation Further Extending Response Deadline (A.D.I. 10, filed 6/9/25);

    E.  Order Approving Stipulation Extending Response Deadline (A.D.I. 27, entered 7/15/25).

Status:  The Parties have agreed to continue this matter to the next omnibus hearing, while they work on a consensual scheduling order to submit to the Court.

18.     Motion for Entry of an Order Authorizing the Liquidating Trustee to File Adversary Complaint Under Seal and Redact Certain Confidential Information in Connection with the Complaint (A.D.I. 5, filed 4/17/25).

Response Deadline: May 1, 2025.

Responses Received: None.

Related Documents:

    A.  [SEALED] Complaint and Objection to Proofs of Claim Number 204 and 209 Filed by Walmart Inc. (A.D.I. 3, filed 4/17/25).

Status:  The Parties have agreed to continue this matter to the next omnibus hearing, while they work on a consensual order to submit to the Court.

17

19.    Walmart's Motion to Seal (I) Answer and Counterclaims and (II) Memorandum of Law in Support of Partial Motion to Dismiss (A.D.I. 24, filed 7/2/225).

Response Deadline: July 17, 2025.

Responses Received: None at this time.

Related Documents:

A.    [SEALED] Memorandum of Law in Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 17, filed 6/30/25).

B.    [SEALED] Answer to Complaint (A.D.I. 18, filed 6/30/25).

Status:  The Parties have agreed to continue this matter to the next omnibus hearing, while they work on a consensual order to submit to the Court.


**MATTERS GOING FORWARD**

**LEVEL 10 CONSTRUCTION LP – ADVERSARY CASE NO. 25-50554 (CTG)**

20.    Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 23, 2025.

Responses Received:

A.    Answer to Complaint (A.D.I. 5, filed 5/23/25).

Related Documents:

A.    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25).

Status:  This matter is going forward.


**ERLAND CONSTRUCTION, INC. – ADVERSARY CASE NO. 25-50558 (CTG)**

21.    Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 23, 2025; extended by agreement of the parties to June 20, 2025.

Responses Received:

A.    Answer of the Defendant, Erland Construction, Inc. (A.D.I. 9, filed 6/20/25).

Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25);

    B.  Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 5, filed 5/22/25); and

    C.  Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 6, filed 6/9/25); and

    D.  Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 7, filed 6/13/25).

Status:  This matter is going forward.

## J.E. DUNN CONSTRUCTION COMPANY – ADVERSARY CASE NO. 25-50559 (CTG)

22.    Adversary Complaint (A.D.I. 1, filed 4/18/25).

Answer Deadline: May 17, 2025; extended by agreement of the parties to June 9, 2025.

Responses Received: Answer to Complaint (A.D.I. 6, filed 6/9/25).

Related Documents:

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25);

    B.  Stipulation for Extension of Time to Respond to Adversary Complaint (A.D.I. 5, filed 5/22/25).

Status:  This matter is going forward.

*[Signature to Follow]*

17462767/1

Dated: August 4, 2025
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Tara Pakrouh (DE Bar No. 6192)
Siena B. Cerra (DE Bar No.7290)
500 Delaware Ave, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Email: ckunz@morrisjames.com
      emonzo@morrisjames.com
      tpakrouh@morrisjames.com
      scerra@morrisjames.com

*Special Counsel to Plaintiff*
*Heather L. Barlow as Liquidating Trustee*
*of the Structurlam Liquidating Trust*